UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLEVUEHA NATIVE AMERICAN CHURCH, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SONOMA COUNTY, et al.,<br><br>        Defendants. | Case No. 15-cv-05363-VC<br><br>**ORDER DISMISSING STATE DEFENDANTS** |

At the prior case management conference, counsel for the plaintiff stated that the plaintiff would be dismissing defendants Edmund G. Brown, Jr. and the State of California from the case. The Court gave counsel until March 29, 2016 to do so, and counsel missed the deadline. Accordingly, Edmund G. Brown, Jr. and the State of California are hereby dismissed as defendants, without prejudice. Counsel for the plaintiffs is warned that continued failure to meet deadlines, prosecute the case, or otherwise fail to live up to minimum standards of professional responsibility could result in sanctions and/or referral to this court's standing committee on professional conduct.

    **IT IS SO ORDERED.**

Dated: March 30, 2016

_____
VINCE CHHABRIA
United States District Judge