UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKLEVUEHA NATIVE AMERICAN CHURCH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SONOMA COUNTY, et al.,<br><br>        Defendants. | Case No.  15-cv-05363-VC<br><br>**ORDER OF DISMISSAL** |

For the reasons stated on the record at the case management conference of June 7, 2016, as well as in light of the Court's order filed March 30, 2016, this case is dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 8, 2016

_____

VINCE CHHABRIA
United States District Judge